**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

OSCAR MURCIA, *et al*

    Plaintiffs,

    v.

OLGA GONZALEZ, *et al*

    Defendants.

Civil Action No.

_____

**NOTICE TO THE PARTIES OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

PLEASE TAKE NOTICE that on October 17, 2016, a Notice of Removal of the above-captioned action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia, a copy of which is served herewith, was filed in the United States District Court for the District of Columbia.

Dated: October 17, 2016

                                        Respectfully submitted,

                                        Alan Lescht and Associates, PC

By:       /s/_____
         Rani Rolston [974052]
         1050 17th St., N.W., Suite 400
         Washington, D.C. 20036
         T: 202.463.6036
         F: 202.463.6067
         Rani.rolston@leschtlaw.com
         *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2016, I served the foregoing document by First Class Mail and facsimile, on:

Matthew B. Kaplan [484760]
The Kaplan Law Firm
509 N. Jefferson St.
Arlington, VA 22205
T: (703) 665-9529
F: (888) 958-1366
mbkaplan@thekaplanlawfirm.com
*Attorney for Plaintiff*

                        Respectfully Submitted,

                        /s/
                        Rani Rolston