Filed
D.C. Superior Court
09/12/2016 10:02PM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| OSCAR MURCIA<br>c/o<br>509 N Jefferson St<br>Arlington, VA 22205<br><br>JULIO CESAR CHAVEZ<br>c/o<br>509 N Jefferson St<br>Arlington, VA 22205<br><br>VICTOR GARCIA<br>c/o<br>509 N Jefferson St<br>Arlington, VA 22205<br><br>RAFAEL GONZALEZ<br>c/o<br>509 N Jefferson St<br>Arlington, VA 22205<br><br>JOSE LUIS CARDONA<br>c/o<br>509 N Jefferson St<br>Arlington, VA 22205<br><br>FRANKLIN PUERTA<br>c/o<br>509 N Jefferson St<br>Arlington, VA 22205<br><br>Plaintiffs,<br><br>v. | No. <u>2016 CA 006782</u> B<br><br>Jury Trial Demanded |

**EXHIBIT A**

| | |
|---|---|
| OLGA GONZALEZ<br>10040 Blake Ln<br>Oakton, VA 22124<br><br>A CAPITAL ELECTRIC<br>　　CONTRACTORS, INC. d/b/a<br>　　A Capital Electric<br>10040 Blake Ln<br>Oakton, VA 22124<br><br><br>　　　　Defendants. | |

## COMPLAINT

1.　　This is an action brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., and related state employment law by Plaintiffs against the Defendants for Defendants' failure to pay overtime to Plaintiffs.

## JURISDICTION

2.　　Jurisdiction of the Court is founded on D.C. Code § 13-423, in that Plaintiffs' claims arise from Defendants' transaction of business in the District of Columbia and the Defendants' contracting to supply services in the District of Columbia.

## THE PARTIES

3.　　Plaintiffs OSCAR MURCIA, JULIO CESAR CHAVEZ, VICTOR GARCIA, RAFAEL GONZALEZ, JOSE LUIS CARDONA andFRANKLIN PUERTA, were formerly employed by Defendants to perform electrical work. A

2

substantial portion of this work was performed a construction sites in the District of Columbia.

4.  Defendant A CAPITAL ELECTRIC CONTRACTORS, INC. d/b/a A Capital Electric ("A Capital") is a Virginia corporation engaged in electrical related construction related work in the Washington, D.C. metropolitan area. A substantial portion of its work is done in the District of Columbia and it regularly offers to perform work in the District of Columbia. A Capital was an employer of each Plaintiff.

5.  Defendant OLGA GONZALEZ is the president and principal owner of A Capital. She acted as a supervisor for each Plaintiff and largely determined the hours that each Plaintiff worked. She was an employer of each Plaintiff.

## FACTS

6.  Each Plaintiff worked for Defendant at some point during the period from early 2013 through the first half of 2016. Defendants regularly, intentionally and knowingly employed each Plaintiff in excess of forty hours per week but failed to pay each Plaintiff at a time and a half overtime rate.

## JURY DEMAND

7.  Plaintiff demands a jury trial for each of his claims with respect to which he is entitled to a jury trial.

## CAUSES OF ACTION

### COUNT I
### VIOLATION OF THE FLSA

8. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

9. Section 7(a)(1) of the FLSA provides that "no employer shall employ any of his employees . . . for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

10. Each Plaintiff was an "employee" of each and all Defendants, and Defendants were each and all an "employer" of each Plaintiff under the FLSA, 29 U.S.C. § 203.

11. Defendants violated the FLSA by willfully failing to compensate each Plaintiff at the rate of time-and-one-half each Plaintiff's regular hourly rate for every hour worked in excess of forty hours in any one workweek.

12. Defendants' violation of the FLSA was repeated, willful, intentional, and in bad faith.

13. WHEREFORE, Defendants are liable to each Plaintiff for all unpaid overtime wages, plus an equal amount in liquidated damages, attorneys' fees, litigation expenses, and any other and further relief this Court deems appropriate.

## COUNT II
## VIOLATION OF THE D.C. MINIMUM WAGE ACT REVISION ACT (DCMWA)

14. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

15. Section 32-1003(c) of the D.C. Minimum Wage Act Revision Act ("DCMWA") provides that "[n]o employer shall employ any employee for a workweek that is longer than 40 hours, unless the employee receives compensation for employment in excess of 40 hours at a rate not less than 1 1/2 times the regular rate at which the employee is employed."

16. Each Plaintiff and all those similarly situated were "employees," and each and all Defendants were their "employer" as defined by the DCMWA, D.C. Code § 32-1002.

17. Defendants violated the DCMWA by knowingly failing to compensate each Plaintiff at the rate of time-and-one-half of his regular hourly rate for every hour worked in excess of forty hours in any one workweek.

18. Defendants' violations of the DCMWA were repeated, willful, intentional, and in bad faith.

19. WHEREFORE, Defendants are liable to each Plaintiff for all unpaid overtime wages, plus an equal amount in liquidated damages, attorneys' fees, litigation expenses, and any other and further relief this Court deems appropriate.

## COUNT III
## FAILURE TO TIMELY PAY WAGES (DCWPCL)

20. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

21. D.C. Code § 32-1303 provides that "[w]henever an employer discharges an employee, the employer shall pay the employee's wages" within four days and that "[w]henever an employee … quits or resigns, the employer shall pay the employee's wages due upon the next regular payday or within 7 days from the date of quitting or resigning, whichever is earlier."

22. D.C. Code § 32-1301(3) defines wages to include, inter alia, an "overtime premium."

23. Because of their failure to pay overtime Defendants failed to timely pay Plaintiff wages owed at the time each Plaintiff's employment by Defendants was terminated.

24. Defendants' failure to may such payments was willful, intentional and in bad faith.

25. WHEREFORE, Defendants are liable to each Plaintiff, for all unpaid minimum wages, plus treble that amount in liquidated damages attorneys' fees, litigation, and any other and further relief this Court deems appropriate.

## COUNT IV
## FAILURE TO COMPLY WITH THE MARYLAND WAGE PAYMENT COLLECTION LAW ("MWPCL")

26. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

27. To the extent that Maryland Law applies to Defendants' conduct, Defendant violated the Maryland Wage Payment Collection Law, Md. Code Ann., Labor & Employment Article, § 3-501, et seq. ("MWPCL"), which required that each Plaintiff be timely paid "all wages due for work that the employee performed.".

28. WHEREFORE, Defendants are liable to each Plaintiff for such relief as is provided for by MWPCL.

## COUNT V
## FAILURE TO COMPLY WITH VIRGINIA WAGE PAYMENT LAW

29. Each Plaintiff re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

30. To the extent that Virginia law applies to Defendants' conduct, Defendants violated the Virginia Wage Payment Law, which required that Defendants timely pay each Plaintiff all wages due to him.

31. WHEREFORE, Defendants are liable to each Plaintiff for such relief as is provided for by the Virginia Wage Payment law.

## DEMAND FOR JUDGMENT

Wherefore, each Plaintiff demands judgment and relief as follows:

a. Injunctive relief to enjoin Defendant from further violations of labor laws;

b. Monetary damages, including liquidated damages, in an amount in excess of $5,000, to be proven;

c. An award of attorneys' fees and litigation expenses, as authorized by the FLSA and other applicable law;

d. Interest; and,

e. Such other relief that the Court deems just and proper.

Dated: September 12, 2016                     Respectfully submitted,

_____/s/_____
Matthew B. Kaplan
D.C. Bar No. 484760
The Kaplan Law Firm
509 N. Jefferson St.
Arlington, VA 22205
Telephone: (703) 665-9529
Fax: (888) 958-1366
Email: mbkaplan@thekaplanlawfirm.com
*Counsel for Plaintiff*

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

Oscar Murcia, Julio Cesar Chavez
Victor Garcia, Rafael Gonzalez,
Jose Luis Cardona and Franklin Puerta

Case Number: 2016 CA 006782 B

vs

Olga Gonzalez and A Capital Electric Contractors Inc. d/b/a A Capital Electric

Date: September 12, 2016

☐ One of the defendants is being sued in their official capacity.

Name: *(Please Print)* Matthew B. Kaplan
Firm Name: The Kaplan Law Firm    484760
Telephone No.: 703-665-9520     Six digit Unified Bar No.:

Relationship to Lawsuit
☒ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE:  ☐ Non-Jury     ☒ 6 Person Jury     ☐ 12 Person Jury
Demand: $ greater than $5,000        Other: injunctive relief

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____    Judge:_____    Calendar #:_____

Case No.:_____    Judge:_____    Calendar#:_____

NATURE OF SUIT:    *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

☐ 01 Breach of Contract           ☐ 14 Under $25,000 Pltf. Grants Consent  ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty           ☐ 17 OVER $25,000 Pltf. Grants Consent   ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument        ☐ 27 Insurance/Subrogation               ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                Over $25,000 Pltf. Grants Consent        Over $25,000 Consent Denied
☒ 13 Employment Discrimination    ☐ 07 Insurance/Subrogation               ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees           Under $25,000 Pltf. Grants Consent       Under $25,000 Consent Denied
                                  ☐ 28 Motion to Confirm Arbitration
                                      Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile              ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion              ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process             ☐ 10 Invasion of Privacy              ☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 02 Alienation of Affection      ☐ 11 Libel and Slander                ☐ 18 Wrongful Death (Not Malpractice)
☐ 03 Assault and Battery          ☐ 12 Malicious Interference           ☐ 19 Wrongful Eviction
☐ 04 Automobile- Personal Injury  ☐ 13 Malicious Prosecution            ☐ 20 Friendly Suit
☐ 05 Deceit (Misrepresentation)   ☐ 14 Malpractice Legal                ☐ 21 Asbestos
☐ 06 False Accusation             ☐ 15 Malpractice Medical (Including Wrongful Death)  ☐ 22 Toxic/Mass Torts
☐ 07 False Arrest                 ☐ 16 Negligence- (Not Automobile,     ☐ 23 Tobacco
☐ 08 Fraud                            Not Malpractice)                  ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

/s/Matthew B. Kaplan _____  September 12, 2016 _____
Attorney's Signature                                                          Date



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

| | |
|---|---|
| Oscar Murcia et al. | |
| Plaintiff | |
| vs. | Case Number 2016 CA 006782 B |
| Olga Gonzalez | |
| Defendant | |

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Matthew B. Kaplan
Name of Plaintiff's Attorney

The Kaplan Law Firm

Address
509 N Jefferson St, Arlington, VA 22205

703-665-9529
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date  09/13/2016

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

**EXHIBIT B**



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                                            Demandante
                contra

                                                            Número de Caso: _____

_____
                                                            Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____       *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                             Por: _____
_____                                     Subsecretario
Dirección

_____
                                                         Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
    번역을 원하시면 (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

| Oscar Murcia et al. | |
|---|---|
| Plaintiff | |
| vs. | Case Number **2016 CA 006782 B** |
| A CAPITAL ELECTRIC CONTRACTORS, INC. d/b/a A Capital Electric | |
| Defendant | |

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

| Matthew B. Kaplan | *Clerk of the Court* |
|---|---|
| Name of Plaintiff's Attorney | |
| The Kaplan Law Firm | By _____ |
| Address | Deputy Clerk |
| 509 N Jefferson St, Arlington, VA 22205 | |
| 703-665-9529 | Date **09/13/2016** |
| Telephone | |

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

  If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                                            Demandante
                        contra

                                                            Número de Caso: _____

_____
                                                            Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____       *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                            Por: _____
_____              Subsecretario
Dirección

_____

                                                            Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RAFAEL GONZALEZ et al
   Vs.                                                       C.A. No.     2016 CA 006782 B
A CAPITAL ELECTRIC CONTRACTORS, INC. et al

## **INITIAL ORDER AND ADDENDUM**

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                                                  Chief Judge Lee F. Satterfield

Case Assigned to: Judge JENNIFER A DI TORO
Date: September 13, 2016
Initial Conference: 9:30 am, Friday, January 06, 2017
Location: Courtroom A-47
           515 5th Street NW

                                                                                  Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation.  D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield