# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR MURCIA, *et al.,*<br><br>        Plaintiffs,<br><br>    v.<br><br>OLGA GONZALEZ, *et al.*,<br><br>        Defendants. | Civil Action No. 16-2065 (RDM) |

## STIPULATION OF DISMISSAL

**The Parties Stipulate and Agree**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter is hereby dismissed with prejudice in its entirety.

Date:  February 26, 2018

 Respectfully submitted,

| | |
|---|---|
|   /s/Matthew B. Kaplan<br>Matthew B. Kaplan<br>D.C. Bar No. 484760<br>The Kaplan Law Firm PLLC<br>509 N. Jefferson St.<br>Arlington, VA 22205<br>Telephone:  (703) 665-9529<br>Fax: (888) 958-1366<br>Email:<br>mbkaplan@thekaplanlawfirm.com<br>*Counsel for Plaintiffs* |   /s/ Susan L. Kruger<br>Susan L. Kruger<br>(D.C. Bar No. 414566)<br>Alan Lescht & Associates, P.C.<br>1050 17th St., N.W. Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 463-6036<br>Fax: (202) 463-6067<br>susan.kruger@leschtlaw.com<br>*Counsel for Defendants.* |